UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM RESNICK,

Plaintiff,

-against-

MICHAEL T. FLAHERMAN,

Defendant.

Case No. 1: 26-cv-08139 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's request to commence this civil action under seal. Dkt. 6 ("Motion"). The Court understands Plaintiff's motion to seek only temporary sealing, pending a decision from the Court regarding necessary redactions to his Complaint, Motion, and supporting materials. *See id.* at 8.

Given that understanding, the Court respectfully directs the Clerk of Court to unseal the docket in the matter, except for specific filings. Plaintiff's Complaint and Motion, as well as supporting materials for the latter, *see* Dkts. 2, 6, 7, shall remain under seal pending a response from Defendant and a determination from this Court. The remaining entries, *see* Dkts. 3, 4, 5, 8, shall be unsealed.

Plaintiff is directed to serve a copy of this order to Defendant, and file proof of such service on the docket by **December 17, 2026**. To the extent Defendant contends that portions of the Complaint or Motion and supporting materials should not appear on the public docket, Defendant shall propose such redactions, with bases for the same, in his response to Plaintiff's Motion.

Dated: September 23, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge