UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM RESNICK,<br><br>Plaintiff,<br><br>- against -<br><br>MICHAEL T. FLAHERMAN,<br><br>Defendant. | 26-CV-8139 (RA) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the parties' recent filings concerning sealing. *See* Dkts. 36, 38, 42, 45, 46, 47.

1. The motion at Dkt. 6 was resolved by Dkt. 11.

2. Plaintiff's motion for leave to file supplemental exhibits regarding sealing – namely the declarations at Dkts. 45-46 – is granted. Those documents shall remain under seal, and Plaintiff shall refrain from refiling any documents in this matter concerning sealing that were before the Court in Plaintiff's now-withdrawn case at 26-CV-1171.

3. The order issued at Dkt. 35 ("Sealing Order") continues to apply, and the circumstances warranting sealing – to the limited extent authorized by the Court – remain. The redaction of the Declaration of Michael Flaherman as reflected in Dkt. 38-1 is consistent with the Sealing Order.

4. Before a public version of the Complaint is filed, redactions must be made consistent with the Sealing Order. Plaintiff must provide Defendant with the opportunity to propose those redactions, which redactions must be consistent with the Sealing Order. If the parties are in agreement, Plaintiff may proceed with filing the public version

of the Complaint. If the parties do not agree on the redactions, they shall file a joint letter addressing their respective positions.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkts. 6, 36, 42.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 8, 2026
New York, New York

Copies transmitted this date to all parties of record.