UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM RESNICK,<br><br>Plaintiff,<br><br>- against -<br><br>MICHAEL T. FLAHERMAN,<br><br>Defendant. | 26-CV-8139 (RA) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court previously authorized Plaintiff to file documents under seal in appropriate circumstances. The Court has been informed by the Clerk of Court, however, that pro se litigants cannot directly file under seal under the existing electronic filing system. Accordingly, for any document Plaintiff seeks to file under seal, he shall email the document to Chambers' email address with a subject line that identifies the case name and case number and includes the statement "FOR FILING UNDER SEAL." Chambers will then docket the document under seal. The Court's docketing of such documents does not mean that the Court agrees that the particular document meets the qualifications for filing under seal. The parties are referred to the Court's individual rules for procedures for filing documents under seal.

The Clerk of the Court is respectfully directed to terminate the motion at Dkt. 61.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 29, 2026
New York, New York

Copies transmitted this date to all parties of record.