UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ADAM RESNICK,

Plaintiff,

- against -

MICHAEL T. FLAHERMAN,

Defendant.

---------------------------------------------------------------X

26-CV-8139 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial pretrial conference held via Microsoft Teams on November 2, 2026:

1. By **November 9, 2026**, the parties shall meet and confer and inform the Court whether they have agreed upon an amended discovery-period starting date for the Joint Electronic Discovery Submission No. 1 and Order entered in No. 26-CV-1171 (Dkt. 38); and, if so, shall submit an Electronic Discovery order for entry in this case.

2. Before filing a motion to dismiss, Defendant shall file a letter of no more than three pages explaining the bases for dismissal. Within three business days after that letter is filed, Plaintiff shall file a letter of no more than three pages setting forth his response, including whether he plans to amend his complaint in response to the intended motion.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2026
New York, New York

Copies transmitted this date to all parties of record.